LAW OFFICES OF PATRICK K. HANLY
PATRICK K. HANLY (SBN 128521)
400 Capitol Mall, 9th Floor
Sacramento, California 95814
Telephone: (916) 449-3930        **OK/HAV**
Facsimile: (916) 442-8247

Attorney for Defendant
OWEN PANNER JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No:  CR S 06-0365 DFL |
|                                      ) | |
|         Plaintiff,                   ) | **STIPULATION AND ORDER CONTINUING** |
|                                      ) | **STATUS CONFERENCE AND SETTING** |
|     vs.                              ) | **MOTION SCHEDULE, AND EXCLUDING** |
|                                      ) | **TIME UNDER THE SPEEDY TRIAL ACT** |
| OWEN M PANNER JR.,                   ) | |
|                                      ) | **Date: 11-2-06** |
|         Defendant.                   ) | **Time: 10:00 a.m.** |
|                                      ) | **Courtroom: Honorable David F. Levi** |
|                                      ) | **Chief Judge** |
|                                      ) | |
| _____ ) | |

    Defendant Owen M. Panner Jr., through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the status conference currently set for November 2, 2006, shall be vacated and a motion schedule set as follows:  the defense will file its motions on November 30, 2006, the government will respond by January 11, 2007, the defense will reply to the government's response on January 18, 2007, and the Court will hold a non-evidentiary hearing on the motions on January 25, 2007, at 10:00 a.m.

PDF created with pdfFactory trial version www.pdffactory.com

1     The parties further agree and stipulate that under 18 U.S.C.
2  §3161 (h)(1)(F), and (h)(8)(B)(ii) and (iv), and Local Codes E, T2,
3  and T4, time from the date of this stipulation shall be excluded from
4  computation of time within which the trial of this matter must be
5  commenced under the Speedy Trial Act until the Court's ruling on the
6  motions, for counsel preparation time, for the preparation and filing
7  of motions, and to permit the parties to further investigate, review
8  and complete the exchange of discovery, and prepare the case for
9  further proceedings.  The parties represent that the motions that
10 Panner intends to file involves two issues of law that are either
11 novel and/or in an area of the law that is currently evolving.  In
12 connection with the preparation of the United States' responses to
13 Panner's motions, the undersigned prosecutor will be consulting the
14 Child Exploitation and Obscenity Section of the United States
15 Department of Justice in Washington, D.C., for guidance on these
16 motions.  Accordingly, the parties stipulate and agree that this case
17 involves novel issues of law such that it is unreasonable to expect
18 adequate preparation for pretrial proceedings within the time limits
19 established by the Speedy Trial Act, 18 U.S.C. Section 3161.
20 Dated: October  31, 2006    LAW OFFICES OF PATRICK K. HANLY

                               By:  /s/  PATRICK K. HANLY
                                        PATRICK K. HANLY
                                        Attorney for Defendant

Dated: October  31, 2006    UNITED STATES ATTORNEY

                               By: /s/   SAMUEL WONG
                                        SAMUEL WONG
                                        Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. The court finds that this case involves novel issues of law such that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Act, 18 U.S.C. Section 3161.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: November 1, 2006

/s/ David F. Levi_____
HONORABLE DAVID F. LEVI
Chief Judge, United States
District Court

PDF created with pdfFactory trial version www.pdffactory.com