```
LAW OFFICES OF PATRICK K. HANLY
PATRICK K. HANLY (SBN 128521)
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543             OK/HAV

Attorney for Defendant
OWEN PANNER JR.
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No:  CR S 06-0365 DFL |
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE AND SETTING** |
| vs. | ) **MOTION SCHEDULE, AND EXCLUDING** |
| | ) **TIME UNDER THE SPEEDY TRIAL ACT** |
| OWEN M PANNER JR., | ) |
| | ) **Date: 1-25-07** |
| Defendant. | ) **Time: 10:00 a.m.** |
| | ) **Courtroom: Honorable David F. Levi** |
| | ) **Chief Judge** |

Defendant Owen M. Panner Jr., through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the current motion schedule shall be modified as follows:  the defense will file its motions on December 14, 2006, the government will respond by January 25, 2007, the defense will reply to the government's response on February 1, 2007, and the Court will hold a non-evidentiary hearing on the motions on February 8, 2007, at 10:00 a.m.

The parties further agree and stipulate that under 18 U.S.C. §3161 (h)(1)(F), and (h)(8)(B)(ii) and (iv), and Local Codes E, T2, and T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until the Court's ruling on the motions, for counsel preparation time, for the preparation and filing of motions, and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.  The parties represent that the motions that Panner intends to file involves two issues of law that are either novel and/or in an area of the law that is currently evolving.  In connection with the preparation of the United States' responses to Panner's motions, the undersigned prosecutor will be consulting the Child Exploitation and Obscenity Section of the United States Department of Justice in Washington, D.C., for guidance on these motions.  Accordingly, the parties stipulate and agree that this case involves novel issues of law such that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Act, 18 U.S.C. Section 3161.

Dated: November 29, 2006     LAW OFFICES OF PATRICK K. HANLY

                             By:  /s/ <u>PATRICK K. HANLY</u>
                                      PATRICK K. HANLY
                                      Attorney for Defendant

Dated: November 29, 2006     UNITED STATES ATTORNEY

                             By: /s/  <u>SAMUEL WONG</u>
                                      SAMUEL WONG
                                      Assistant United States Attorney

<u>ORDER</u>

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  The court finds that this case involves novel issues of law such that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Act, 18 U.S.C. Section 3161.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED**.

Dated: December 1, 2006         /s/ David F. Levi
                                ---------------------------------
                                HONORABLE DAVID F. LEVI
                                Chief Judge, United States
                                District Court