```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CRS-06-365 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER DIRECTING |
| ) | THE ISSUANCE OF A SUBPOENA AND |
| v. ) | THE TAKING OF THE DEPOSITION OF |
| ) | A MATERIAL WITNESS |
| OWEN MURPHY PANNER, JR., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Whereas, plaintiff United States of America and defendant Owen Murphy Panner, Jr., agree that Nancy Deforest is a percipient and material witness in this criminal prosecution;

    Whereas, Ms. Deforest is currently ill with lung cancer and undergoing chemotherapy medical treatment such that travel to Sacramento, California, for a trial would be a significant hardship to her; and

    Whereas, Ms. Deforest has informed the undersigned prosecutor that she would prefer to undergo a deposition in Alturas, California, at the Modoc County Sheriff's Department rather than to testify in person at a trial in Sacramento,

    It is hereby stipulated and agreed by and between the parties,

through their respective counsel, that:

1. There are exceptional circumstances and it would be in the best interest of justice that Ms. Deforest be deposed in order to preserve her testimony for use at trial in lieu of her live testimony pursuant to F.R.Crim.P. 15(a)(1) and (f).

2. It is appropriate to take the deposition of Ms. Deforest and use the deposition at trial in lieu of her live testimony pursuant to F.R.Crim.P. 15(f) and (h). In the event that Ms. Deforest's health condition improves such that she is able to travel to Sacramento and appear at trial without undue hardship, each party reserves the right subpoena her to appear at trial.

3. Pursuant to F.R.Crim.P. 17, the Court shall issue an order directing the Court Clerk to issue a blank, but signed and sealed, subpoena to Ms. Deforest allowing the taking of her deposition by the parties to this case at the Modoc County Sheriff's Department, 102 South Court Street, Alturas, California 96101.

Respectfully submitted,

Dated:   January 16, 2007      McGREGOR W. SCOTT
                               United States Attorney

                               By:  /s/  Samuel Wong
                                    _____
                                    SAMUEL WONG
                                    Assistant U.S. Attorney


                                    /s/ Patrick K. Hanly
Dated:   January 16, 2007      _____
                               PATRICK K. HANLY
                               Attorney for defendant
                               Owen Murphy Panner, Jr.
                               (per telephone authorization)

2

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated:  January 17, 2007        /s/ David F. Levi
                                DAVID F. LEVI
                                Chief United States District Judge