```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814                    OK/HAV
 4  Telephone: (916) 554-2772
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   NO. CRS-06-365 DFL
                                )
12              Plaintiff,      )   STIPULATION AND ORDER
                                )   CONTINUING MOTIONS HEARING AND
13       v.                     )   BRIEFING SCHEDULE
                                )
14  OWEN MURPHY PANNER, JR.,    )
                                )
15              Defendant.      )
    _____)
16
17
18       It is hereby stipulated and agreed by and between plaintiff
19  United States of America and defendant Owen Murphy Panner, Jr.,
20  through their respective counsel, that:
21       1.   The currently set motions hearing date of February 8,
22  2007, shall be continued to February 15, 2007, at 10:00 a.m.
23       2.   The United States shall file its responses to defendant's
24  motions by February 2, 2007.
25  ///
26  ///
27  ///
28
                                   1
```

3.  Defendant's reply, if any, shall be filed by February 8, 2007.

Respectfully submitted,

Dated: January 17, 2007
McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

Dated: January 17, 2007
/s/ Patrick K. Hanly
PATRICK K. HANLY
Attorney for defendant
Owen Murphy Panner, Jr.
(per email authorization)

_____

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: January 18, 2007

/s/ David F. Levi
DAVID F. LEVI
Chief United States District Judge

2