McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814       **OK/HAV**
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CRS-06-365 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER VACATING |
| ) | TRIAL CONFIRMATION HEARING AND |
| v. ) | TRIAL DATES, SETTING STATUS |
| ) | CONFERENCE HEARING DATE, AND |
| OWEN PANNER, JR. ) | EXCLUDING TIME UNDER SPEEDY TRIAL |
| ) | ACT |
| Defendant. ) | |
| ) | Court:  Hon. David F. Levi |
| _____ ) | |

IT IS HEREBY stipulated between the parties, plaintiff United States of America, by and through its counsel Assistant United States Attorney Samuel Wong, and defendant Owen Panner, Jr., through his attorney, Patrick Hanly, Esq., that: (1) the previously set trial confirmation hearing date of March 8, 2007, and trial date of March 26, 2007, be vacated as the parties are contemplating resolution of this case pretrial by a plea agreement to be negotiated; and that(2) the Court set a status conference date of March 22, 2007, at 10:00 a.m., for possible change of plea.

It is further stipulated and agreed between the parties that

1

1 the period between the date of this stipulation and through and
2 including March 22, 2007, 2007, shall be excluded in computation
3 of time within which the trial of the above criminal prosecution
4 must commence under the Speedy Trial Act.  The parties stipulate
5 that the ends of justice are served by the Court excluding such
6 time, so that counsel for the defendant may have reasonable time
7 necessary for effective preparation, taking into account the
8 exercise of due diligence to advise his client on the
9 ramifications of the parties' proposed plea agreement.  Both
10 parties stipulate and agree that this is an appropriate exclusion
11 of time within the meaning of Title 18, United States Code,
12 Section 3161(h)(8)(B)(iv), and Local Code T4.
13 Dated:  March 7, 2007          Respectfully submitted,
14
15                                   /s/ Patrick Hanly
                                   PATRICK HANLY
                                   Attorney for Defendant
16                                 Owen Panner, Jr.
17
18 Dated:  March 7, 2007          McGREGOR W. SCOTT
                                   United States Attorney
19
20                                 By: /s/Samuel Wong
                                       SAMUEL WONG
21                                     Assistant U.S. Attorney
22
23
24
25
26
27
28

2

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: March 9, 2007          /s/ David F. Levi
                              HONORABLE DAVID F. LEVI
                              United States District Judge