```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OWEN PANNER, JR. ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. CRS-06-365 DFL <br><br> STIPULATION AND ORDER SETTING STATUS CONFERENCE HEARING DATE, AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT <br><br> Court:  Hon. David F. Levi |

IT IS HEREBY stipulated between the parties, plaintiff United States of America, by and through its counsel Assistant United States Attorney Samuel Wong, and defendant Owen Panner, Jr., through his attorney, Patrick Hanly, Esq., that:  (1) the Court set April 20, 2007, at 10:00 a.m., for status and possible change of plea; and (2) the period between the date of this stipulation and through and including April 20, 2007, shall be excluded in computation of time within which the trial of the above criminal prosecution must commence under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the

1

defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence to advise his client on the ramifications of the parties' proposed plea agreement. In particular, defense counsel desires to conduct legal research on the applicable state and federal case and statutory law regarding the requirement that persons convicted of certain crimes register as sex offenders. Defense counsel also needs additional time to confer with defendant regarding the results of this legal research. This last task is made more difficult because the defendant resides hundreds of miles away from defense counsel's office. Both parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv), and Local Code T4.

Dated:  April 4, 2007            Respectfully submitted,

                                      /s/ Patrick Hanly
                                   PATRICK HANLY
                                   Attorney for Defendant
                                   Owen Panner, Jr.

Dated:  April 4, 2007            McGREGOR W. SCOTT
                                   United States Attorney

                                By: /s/Samuel Wong
                                   SAMUEL WONG
                                   Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: April 4, 2007

/s/ David F. Levi
HONORABLE DAVID F. LEVI
United States District Judge