LAW OFFICES OF PATRICK K. HANLY
PATRICK K. HANLY (SBN 128521)
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

**Ok/HAV**

Attorney for Defendant
OWEN PANNER JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR S 06-0365 DFL |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| OWEN M PANNER JR., | |
| Defendant. | **Date: 4-20-07** <br> **Time: 1:00 p.m.** <br> **Courtroom: Honorable GARLAND E. BURRELL JR.** |

Defendant Owen M. Panner Jr., through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the current status conference set for April 20, 2007, before the Honorable Garland E. Burrell Jr., shall be re-scheduled for May 24, 2007 at 10:00 a.m. before the Honorable David F. Levi.

The parties further agree and stipulate that under 18 U.S.C. §3161 h)(8)(B)(ii) and (iv), and Local Codes T2, and T4, time from the date of this stipulation shall be excluded from computation of

time within which the trial of this matter must be commenced under the Speedy Trial Act until and including May 24, 2007, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.  The parties stipulate and agree that this case involves novel issues of law such that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Act, 18 U.S.C. Section 3161.

Dated: April 18, 2007          LAW OFFICES OF PATRICK K. HANLY

                               By:  /s/ PATRICK K. HANLY
                                        PATRICK K. HANLY
                                        Attorney for Defendant

Dated: April 18, 2007          UNITED STATES ATTORNEY

                               By: /s/  SAMUEL WONG
                                        SAMUEL WONG
                                        Assistant United States Attorney

## ORDER

     Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  The court finds that this case involves novel issues of law such that it is unreasonable to expect adequate preparation for pretrial

proceedings within the time limits established by the Speedy Trial Act, 18 U.S.C. Section 3161.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED**.

```
Dated: April 26, 2007        /s/ David F. Levi
                             --------------------------------
                             HONORABLE DAVID F. LEVI
                             United States District Court Judge
```