IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | REASSIGNMENT ORDER |
| v. | 2:06-cr-365-DFL |
| OWEN PANNER, JR. | |
| Defendant. | |

Good cause appearing, and according to Local Rule, Appendix A(f)(1), this case has been reassigned to Judge Garland E. Burrell, Jr. for all further proceedings.

Henceforth, the parties shall please take note that all documents in this reassigned case hereafter filed with the Clerk of the Court shall bear case number 2:06-cr-365-GEB.

IT IS FURTHER ORDERED that all dates presently set before Judge David F. Levi be vacated from his calendar.

1   IT IS ALSO ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of criminal cases to
3 compensate for this reassignment.
4   IT IS SO ORDERED.

6 DATED: May 23, 2007
                                /s/ David F. Levi
7                               DAVID F. LEVI
                                United States District Judge

10   Having reviewed the file, I accept assignment of this
11 case for all further proceedings.
12 Dated:  May 23, 2007

                                GARLAND E. BURRELL, JR.
                                United States District Judge