IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                          <u>ORDER</u>

    v.                                   2:06-cr-365-GEB

OWEN PANNER, JR.

        Defendant.
_____/

        The scheduled dates vacated from Judge David F. Levi's calendar are on the undersigned judge's calendar; however, trial will commence at 9:00 a.m. on July 9, 2007, instead of 8:30 a.m.  The trial confirmation hearing will commence at the scheduled time, specifically 10:00 a.m. on June 7, 2007.

Dated:  May 25, 2007

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge