LAW OFFICES OF PATRICK K. HANLY
PATRICK K. HANLY (SBN 128521)
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
OWEN PANNER JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No:  CR S 06-0365 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED ORDER** |
| ) | **MODIFYING MOTION IN LIMINE** |
| vs. ) | **SCHEDULE** |
| ) | |
| OWEN M PANNER JR., ) | **Date: 7-9-07** |
| ) | **Time: 9:00 a.m.** |
| Defendant. ) | **Courtroom: Honorable Garland E.** |
| ) | **Burrell Jr.** |
| ) | |
| ) | |

     Defendant Owen M. Panner Jr., through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the current motion schedule for the filing of motions in limine shall be modified as follows:  motions in limine will be filed on June 20, 2007 and any response will be filed on June 27, 2007

Dated: June 14, 2007          LAW OFFICES OF PATRICK K. HANLY

                              By:  /s/ PATRICK K. HANLY
                                   PATRICK K. HANLY
                                   Attorney for Defendant

---

STIPULATION AND PROPOSED ORDER RE  MOTION IN LIMINE SCHEDULE

Dated: June 14, 2007          UNITED STATES ATTORNEY

                              By: /s/  SAMUEL WONG
                                       SAMUEL WONG
                                       Assistant United States Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby modifies the current schedule for the filing of motions in limine in this case as follows: motions in limine will filed on June 20, 2007 and any response will be filed on June 27, 2007.

**IT IS SO ORDERED.**

Dated: June 15, 2007          ---------------------------------
                              HONORABLE Garland E. Burrell, Jr.
                              United States District Court Judge