1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )  NO. CRS-06-365 GEB
                               )
12              Plaintiff,     )  STIPULATION AND ORDER RESETTING
                               )  HEARING DATE FOR MOTIONS IN
13       v.                    )  LIMINE
                               )
14 OWEN PANNER, JR.            )
                               )  Court:  Hon. Garland E. Burrell
15              Defendant.     )
                               )
16 _____ )

17

18       IT IS HEREBY stipulated between the parties, plaintiff

19 United States of America, by and through its counsel Assistant

20 United States Attorney Samuel Wong, and defendant Owen Panner,

21 Jr., through his attorney, Patrick Hanly, Esq., that the

22 presently set July 2, 2007, at 10:00 a.m., hearing on the

23 parties' motions in limine be reset on July 5, 2007, at 1:30 p.m.

24 Dated:  June 26, 2007           Respectfully submitted,

25
                                     /s/ Patrick Hanly
26                                  PATRICK HANLY
                                    Attorney for Defendant
27                                  Owen Panner, Jr.

28

                                    1

1 | Dated:  June 26, 2007                McGREGOR W. SCOTT
2 |                                      United States Attorney
3 |                                      By: /s/Samuel Wong
  |                                         SAMUEL WONG
4 |                                         Assistant U.S. Attorney

8                                  ORDER

10     Based on the stipulation of the parties and good cause
11 appearing therefrom, the Court hereby adopts the stipulation of
12 the parties in its entirety as its order.
13     IT IS SO ORDERED.
14 Dated:  June 27, 2007

                                    /s/ Garland E. Burrell Jr.
16                                  _____
                                    GARLAND E. BURRELL, JR.
17                                  United States District Judge