McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>OWEN PANNER, JR.<br><br>             Defendant.<br>_____ | NO. CRS-06-365 GEB<br><br>STIPULATION AND ORDER RESETTING DEADLINES FOR: (1) JURY INSTRUCTIONS, JURY VOIR DIRE, TRIAL BRIEFS, JOINT STATEMENT OR JOINT PROPOSED JURY INSTRUCTION, AND PROPOSED VERDICT; AND (2) PLAINTIFF'S EXHIBIT LIST<br><br>Court:  Hon. Garland E. Burrell |

   Whereas, the Court previously entered a pretrial order on June 11, 2007, setting the deadlines for:  (1) jury instructions, jury voir dire, trial briefs, joint statement or joint proposed jury instruction, and proposed verdict due on June 29, 2007; and (2) the United States' exhibit list due on July 5, 2007;

   Whereas, defendant Owen Panner, Jr., and his counsel have signed a plea offer given to defendant by the United States;

   Whereas, the parties have requested a hearing on Monday, July 2, 2007, at 2:30 p.m., for Panner's change of plea; and

   Whereas, the parties desire to delay and continue the deadlines previously set in the Court's pretrial order until

1

1  after the date set for Panner's change of plea to possibly
2  conserve effort and resources,
3       IT IS HEREBY stipulated between the parties, plaintiff
4  United States of America, by and through its counsel Assistant
5  United States Attorney Samuel Wong, and defendant Owen Panner,
6  Jr., through his attorney, Patrick Hanly, Esq., that, in the
7  event that Panner does not change his plea to guilty pursuant to
8  a plea agreement between the parties, (1) the parties' jury
9  instructions, jury voir dire, trial briefs, joint statement or
10 joint proposed jury instruction, and proposed verdict shall be
11 due on July 5, 2007; and (2) the United States' exhibit list
12 shall be due on July 6, 2007.

Dated:  June 27, 2007              Respectfully submitted,

                                      /s/ Patrick Hanly
                                   PATRICK HANLY
                                   Attorney for Defendant
                                   Owen Panner, Jr. (per telephone
                                   (authorization on 6/27/07)

Dated:  June 27, 2007              McGREGOR W. SCOTT
                                   United States Attorney

                                   By: /s/Samuel Wong
                                      SAMUEL WONG
                                      Assistant U.S. Attorney


                                ORDER

     Based on the stipulation of the parties and good cause
appearing therefrom, the Court hereby adopts the stipulation of
/
/
/
/

2

1  the parties in its entirety as its order.
2          IT IS SO ORDERED.
3  Dated:  June 28, 2007
4
5                                    _____
                                     GARLAND E. BURRELL, JR.
6                                    United States District Judge