McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>OWEN PANNER, JR.<br><br>　　　　　Defendant.<br>_____ | NO. CRS-06-365 GEB<br><br>STIPULATION AND ORDER CONTINUING SENTENCING DATE AND SETTING BRIEFING SCHEDULE<br><br>Court:  Hon. Garland E. Burrell |

　　　Whereas, the Probation Office desired to have additional time to October 23, 2007, to finalize its Presentence Investigation Report in this case; and

　　　Whereas, each party desires reasonable time to file objections, if any, to the Presentence Investigation Report, file responses to the opposing party's objections, and have defendant's judgment and sentencing on a mutually convenient date and time for the Court, parties, counsel, and witnesses,

　　　IT IS HEREBY stipulated between the parties, plaintiff United States of America, by and through its counsel Assistant United States Attorney Samuel Wong, and defendant Owen Panner,

1

1  Jr., through his attorney, Patrick Hanly, Esq., that:

2      1.    The presently set November 2, 2007, at 10:00 a.m., for
3  judgment and sentencing shall be continued to December 21, 2007,
4  at 1:30 p.m.  The Court Clerk has approved of this new date and
5  time.

6      2.    Formal objections to the Presentence Investigation
7  Report shall be due on November 16, 2007.

8      3.    Any responses to any objections to the Presentence
9  Investigation Report shall be due on December 7, 2007.

10 Dated: November 1, 2007          Respectfully submitted,

12                                   /s/ Patrick Hanly
                                    PATRICK HANLY
                                    Attorney for Defendant
13                                  Owen Panner, Jr. (per telephone
                                    authorization)

15 Dated: November 1, 2007          McGREGOR W. SCOTT
                                    United States Attorney

17                                  By: /s/Samuel Wong
                                        SAMUEL WONG
                                        Assistant U.S. Attorney

### ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: November 7, 2007

GARLAND E. BURRELL, JR.
United States District Judge