LAW OFFICES OF PATRICK K. HANLY

MEMORANDUM

TO: Hon. Hon. Dale A. Drozd
United States Magistrate Judge

FROM: Patrick K. Hanly
Attorney for Owen J. Panner Jr.

DATE: 11-29-07

RE: <u>United States v. Panner</u> 06-365 GEB

Ex Parte Request for Authorization to
Issue Subpoena duces tecum pursuant
Rule 17©

**FILED**

NOV 30 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

    Permission is hereby requested for the issuance of a subpoena duces tecum to the Personnel Clerk of Modoc Joint Unified School District for records verifying the employment dates of a teacher in 2004-2005.

    Rule 17 ( c ) of the Federal Rules of Criminal Procedure authorizes the issuance of subpoenas duces tecum to third parties, requiring the pretrial production of documents pertaining to the defense. The party requesting such a subpoena must demonstrate that the material sought is relevant and admissible and identify it with specificity. See, e.g., *United States v. Nixon*, 418 U.S. 683, 699-700 (1974); *United States v. Eden*, 659 F.2d 1376, 1381 (9th Cir. 1981). *Eden* further requires that the proponent demonstrate that the materials are not available from any other source and that their examination should not await trial. *Eden*, 659 F.2d at 1381.

    In *United States v. Tomison*, 969 F.Supp. 587 (E.D. Cal. 1997), Judge Karlton held that Rule 17 authorizes both an ex parte application for document subpoenas and ex parte disclosure of subpoenaed materials to the requesting party. In this case, I seek the disclosure of records reflecting dates of employment of the husband of an alleged victim in the above referenced case to rebut a claim by the a victim at sentencing.

    Mr. Panner pleaded guilty to possession of child pornography on July 3, 2007. His sentencing is set for December 21, 2007 in front of the Honorable Garland E. Burrell, Jr. The government is attempting to obtain an upward departure by proving, inter alia, that Ms. Martin suffered extreme psychological injury because Mr. Panner videotaped the medical exam of Ms. Martin without her knowledge or consent. The government has submitted the Victim Impact Report of Ms. Martin in which she claims that she was so distraught after learning that her medical exam had been videotaped that her and her husband moved away from their home town of Alturas California where her husband Michael Martin was a teacher at the local Modoc High School.

    The defense has received what it believes is credible information that Ms. Martin's husband left Modoc High School in the Fall of 2004. It did not become public knowledge that Ms. Martin's medical exam had been videotaped until July of 2005. The employment records will verify whether Michael Martin left Modoc High School before or after Ms. Martin learned her medical exam had been videotaped. If Ms. Martin and her

husband left Alturas California before it became publicly known that Ms. Martin's medical exam had been videotaped this would impeach and undercut Ms. Martin's claim of extreme psychological injury. The document or documents sought are relevant to impeach the victim's Victim Impact Statement and are admissible as Business Records. The request is specific because it seeks on a record of the Dates of employment for Mr. Martin in the School District between 2004 and 2005, the relevant time period.

There are no other reasonable means to obtain these documents as the School District requires a subpoena to release the requested information. Obtaining the records is necessary to assess the credibility of Ms. Martin's victim impact statement. The records are also important to a thorough cross-examination of Ms. Martin at the sentencing hearing.

    A proposed order may be found on the following page. I have also attached a copy of the draft subpoena should you wish to review it.

## ORDER

### United States v. Panner, 06-365 GEB

Permission to obtain the request records by subpoena pursuant to Fed.R.Crim.P. 17( c ) is hereby (GRANTED)/~~DENIED~~, this ___29th___ day of November, 2007.

**IT IS SO ORDERED.**

_____
Hon. Dale A. Drozd
United States Magistrate Judge

PKH