UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OWEN MURPHY PANNER, JR., ) <br> ) <br> Defendant. ) <br> ─────────────────────────── ) | 2:06-cr-365-GEB <br><br> <u>ORDER</u> |

   On December 13, 2007, a Minute Order issued requiring a proffer from any party desiring to present evidence at the evidentiary hearing scheduled for December 21, 2007, so that it can be discerned whether a witness's proposed testimony is necessary and on what issue it has probative value.  Defendant responded in a filing on December 16, 2007, that he does not intend to present any witness testimony at the hearing.  The United States responded in a filing on December 17, 2007, in which it included information not sought in the Minute Order (specifically, the right of victims to address the Court) and proposed testimony from several witnesses.

1  Two of the government's proposed witnesses, Dr. Victor
2  Chan and Nancy Deforest, will be allowed to testify at the hearing.
3  But in light of the filed objections to the Presentence Report and
4  the sentencing information likely to be in the record, as well as
5  the government's failure to show why its additional proffered
6  witness testimony should be admitted, the government's remaining
7  proposed witnesses (other than the victims of the convicted
8  offense) will not be allowed to testify.
9  IT IS SO ORDERED.
10 Dated:  December 19, 2007

GARLAND E. BURRELL, JR.
United States District Judge