McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CRS-06-365 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER RE: SPECIAL |
| ) | CONDITION OF SUPERVISED RELEASE |
| v. ) | |
| ) | |
| OWEN PANNER, JR. ) | Court:  Hon. Garland E. Burrell |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

   IT IS HEREBY stipulated between plaintiff United States of America, by and through its counsel, Assistant United States Attorney Samuel Wong, and defendant Owen Panner, Jr., through his attorney, Patrick Hanly, Esq., that, subject to the approval of the Court, the Court shall include as a special condition of supervised release the following language which shall apply during the supervised release term to be served by Panner:

> Defendant Owen Panner, Jr., shall have no contact with the following persons:  Tiffany Ford, Denise Brown, Dawn Martin, Sheila Stewart, and Jeff Holloway unless approved by the probation officer in advance.  The defendant is not to loiter within 100 yards of these persons, their residences and/or their places of employment.

1

```
Dated:  December 27, 2007        Respectfully submitted,


                                  /s/ Patrick Hanly
                                 PATRICK HANLY
                                 Attorney for Defendant
                                 Owen Panner, Jr. (per email
                                 authorization)

Dated:  December 27, 2007        McGREGOR W. SCOTT
                                 United States Attorney


                                 By: /s/Samuel Wong
                                     SAMUEL WONG
                                     Assistant U.S. Attorney
```

ORDER

    Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

    IT IS SO ORDERED.

Dated:  January 2, 2008

```
                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge
```

2