```
MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,              )<br>                                   )<br>     v.                            )<br>                                   )<br>OWEN MURPHY PANNER, JR.,           )<br>                                   )<br>          Defendant.               )<br>_____) | CASE NO. CRS-06-365 GEB<br><br>STIPULATION AND ORDER TO AMEND<br>JUDGMENT IN A CRIMINAL CASE<br><br><br>COURT:  Hon. Garland E. Burrell |

Whereas, at the December 21, 2007, judgment and sentencing hearing, the Court ordered in reference to sex offender registration requirements that defendant Owen Murphy Panner, Jr., " . . . shall comply with the applicable registration requirements in the jurisdiction of conviction, and in each jurisdiction where the defendant resides, is employed, and/or is a student.";

Whereas, the written "Judgment In A Criminal Case" most recently filed on January 8, 2008, omits by inadvertent clerical error from the written judgment and sentence the Court's order regarding the defendant's sex offender registration requirements;

Whereas, Federal Rule of Criminal Procedure 36 provides in regard to correcting clerical errors, "After giving any notice it considers appropriate, the court may at any time correct a

1

1  clerical error in a judgment, order, or other part of the record,
2  or correct an error in the record arising from oversight or
3  omission."; and
4       Whereas, the parties desire to waive any further notice to
5  which the parties are entitled under Rule 36 and expedite the
6  issuance of a amended written judgment,
7       It is hereby stipulated by and between plaintiff United
8  States of America and defendant Owen Murphy Panner, Jr., through
9  their respective counsel, that the Court shall amend its
10 "Judgment In A Criminal Case" by adding the language, "The
11 defendant shall comply with the applicable sex offender
12 registration requirements in the jurisdiction of conviction, and
13 in each jurisdiction where the defendant resides, is employed,
14 and/or is a student." as part of the body of the judgment and not
15 as a condition of supervised release.

Dated:  April 23, 2008          Respectfully submitted,


                                  /s/ Patrick Hanly
                                PATRICK HANLY
                                Attorney for Defendant
                                Owen Panner, Jr. (per email
                                authorization)



Dated:  April 23, 2008          McGREGOR W. SCOTT
                                United States Attorney

                                By: /s/Samuel Wong
                                   SAMUEL WONG
                                   Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: May 1, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge